Eric D. Houser (SBN 130079)
Jason K. Boss (SBN 228147)
HOUSER & ALLISON
A Professional Corporation
3760 Kilroy Airport Way, Suite 260
Long Beach, California 90806
Telephone:   (949) 679-1111
Facsimile:   (949) 679-1112
Email:   jboss@houser-law.com

Attorneys for Defendant Deutsche Bank National Trust Company,
as Trustee under Pooling and Servicing Agreement dated as of March 1, 2007
Securitized Asset-Backed Receivables, LLC Trust 2007-BR1
Mortgage Pass-Through Certificates, Series 2007-BR1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA- SANTA ROSA DIVISION

| | |
|---|---|
| In re Ralph Yulfo, Jr. and Denise L. Yulfo,<br><br>Debtor.<br>_____<br>Ralph Yulfo and Denise L. Yulfo,<br><br>Plaintiff(s),<br>v.<br><br>Deutsche Bank National Trust Company,<br><br>Defendant(s). | Bankruptcy Case No. 10-11764<br><br>Chapter 13<br><br>Adv. Pro. Case No. 10-01072<br><br>HON. ALAN JAROSLOVSKY<br><br>**NOTICE OF DEFENDANT'S OPPOSITION TO PLAINTIFFS'/ DEBTORS' *EX PARTE* APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; CONCISE STATEMENT OF RELIEF SOUGHT (PURSUANT TO B.L.R. 9013-1 (b) (2)); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>*[Request for Judicial Notice Being Filed Concurrently Herewith and in Support Hereof]*<br><br>DATE:   July 9, 2010<br>TIME:   9:30 a.m.<br>PLACE:   99 South E. St.<br>            Santa Rosa, CA |

NOTICE OF DEFENDANT'S OPPOSITION TO PLAINTIFFS'/DEBTORS' *EX PARTE* APPLICATION FOR ISSUANCE OF
ORDER TO SHOW CAUSE RE: TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

1

Case: 10-01072   Doc# 11   Filed: 07/08/10   Entered: 07/08/10 09:37:31   Page 1 of 3

**TO THE HONORABLE COURT, DEBTORS RALPH YULFO AND DENISE YULFO AND/OR THEIR ATTORNEYS OF RECORD, AND TO ALL OTHER INTERESTED PARTIES AND/OR THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement dated as of March 1, 2007 Securitized Asset-Backed Receivables, LLC Trust 2007-BR1 Mortgage Pass-Through Certificates, Series 2007-BR1("Deutsche Bank as Trustee" and/or "Defendant"), erroneously named as Deutsche Bank National Trust Company, hereby submits this Opposition to Plaintiffs Ralph Yulfo and Denise Yulfo's ("Plaintiffs", "Debtors", and/or "Yulfos") Ex Parte Application for Issuance of Order to Show Cause Re. Temporary Restraining Order and Preliminary Injunction ("Ex Parte Application").

Plaintiffs' ex parte application should be denied because:

1. Plaintiff have failed to establish a sufficient showing of immediate or irreparable injury, particularly considering that the protection Plaintiffs seek is one for which they are ultimately responsible, and even more, considering that the alleged reason for requiring ex parte relief has been foreseeable for many months;

2. Plaintiffs are not likely to prevail on the merits; and

3. Plaintiffs' Ex Parte Application fails to comply with Local Bankruptcy Rules ("B.L.R.").

This opposition is based on this notice, the concise statement of facts being filed concurrently herewith in compliance with B.R.R. Rule 9014-1(b)(2), and the memorandum of points and authorities being filed concurrently herewith and in support hereof, upon all papers and documents on file herein, the Court's files concerning this action, together with those facts

---

NOTICE OF DEFENDANT'S OPPOSITION TO PLAINTIFFS'/DEBTORS' *EX PARTE* APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

2

| | |
|---|---|
| 1 | and documents of which judicial notice is proper, as well as any oral argument that may be |
| 2 | presented at the time of the hearing. |

Respectfully Submitted,

Dated: July 7, 2010                **HOUSER & ALLISON, APC**

By: /s/ Eric D. Houser
    Eric D. Houser, Esq.
    Jason K. Boss, Esq.
    Attorneys for Defendants, Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement dated as of March 1, 2007 Securitized Asset-Backed Receivables, LLC Trust 2007-BR1 Mortgage Pass-Through Certificates, Series 2007-BR1

---

NOTICE OF DEFENDANT'S OPPOSITION TO PLAINTIFFS'/DEBTORS' *EX PARTE* APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

3